UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHRISTOPHER B STACIE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:15-CV-05503-KLS<br><br><br>ORDER ON STIPULATED REMAND |

Based on the stipulation of the parties, IT IS HEREBY ORDERED:

The above-captioned case regarding Plaintiff's claim for Supplemental Security Income disability payments under Title XVI of the Social Security Act is reversed and remanded to the Commissioner of Social Security (Commissioner) for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), for a new hearing and a new decision. On remand, the Administrative Law Judge shall update the medical record and offer Plaintiff the opportunity for a new hearing; evaluate the evidence submitted to the Appeals Council; further evaluate Plaintiff's impairments at step two; further evaluate the opinion evidence in Exhibits 11F and 25F (Tr. 655-60, 913-15); further evaluate Plaintiff's residual functional capacity;

Page 1    ORDER - [3:15-CV-05503-KLS]

further evaluate Plaintiff's subjective complaints; if necessary, obtain vocational expert testimony; and issue a new decision.

Plaintiff will be entitled to reasonable attorney fees and costs on pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

JUDGMENT is entered for Plaintiff and the case is closed.

DATED this 12th day of January, 2016.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov